UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY HEGGEM,

        Plaintiff,

  v.

SNOHOMISH COUNTY CORRECTIONS, et al.,

        Defendants.

Case No. C11-1333-RSM-BAT

**ORDER STRIKING PLEADINGS**

On March 2, 2012, the Court found plaintiff had responded to defendants' summary judgment motions, and ordered plaintiff not to file additional briefs or pleadings regarding those motions; the Court further ordered any briefs or pleadings filed in disregard of the order would be stricken. Dkt. 138. Plaintiff disregarded the order and filed eleven additional responses and replies between March 16 and April 10, 2012. Dkts. 141, 144, 146-155.

Consistent with the order of March 2, 2012, the Court **STRIKES** plaintiff's eleven additional responses and replies. Dkts. 141, 144, 146-155. The Clerk shall provide copies of this order to the parties and to the Honorable Ricardo S. Martinez.

DATED this 13th day of April, 2012.

                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge