UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LARRY HEGGEM, | |
|---|---|
| Plaintiff, | Case No. C11-1333-RSM |
| v. | **ORDER** |
| SNOHOMISH COUNTY CORRECTIONS, et al., | |
| Defendants. | |

Having reviewed the parties' respective motions for summary judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and any objections or responses to that, the Court finds and Orders as follows:

(1) The Court **DENIES** plaintiff's motion for summary judgment. Dkt. 54.

(2) The Court **GRANTS** defendants' motion for summary judgment as to all defendants except as to defendants Miller and Nicholas, and dismisses the matter with prejudice. Dkt. 115. As to these defendants Miller and Nicholas, only, the Court **DENIES** Miller's and Nicholas' motion for summary judgment limited to the issue of plaintiff's excessive force claim; however the other claims against these two defendants are dismissed.

(3) The Court **ORDERS** defendants Miller and Nicholas, and plaintiff to submit a joint status report by August 17, 2012.

ORDER - 1

(4) The Court **STRIKES** as moot defendants' Motion to Strike Plaintiff's Responsive Materials.  Dkt. 99.

(5) The Court **DENIES** plaintiff's motion for oral argument.  Dkt. 157.

DATED this 25 day of July 2012.

　　　　　　　　　　　　　　　　　　　　／s／ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 2