UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY HEGGEM,

          Plaintiff,

   v.

JERRY GREEN, et al.

          Defendants.

Case No. C11-1333-RSM

**ORDER GRANTING DEFENDANT JERRY GREEN'S MOTION FOR SUMMARY JUDGMENT**

Having reviewed the parties' respective motions for summary judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and any objections or responses to that, the Court finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's Motion for Summary Judgment as to Jerry Green (Dkt. 54) is

        **DENIED**.

(3)    Defendant Jerry Green's Motion for Summary Judgment (Dkt. 118) is
        **GRANTED** and this action against Mr. Green is **DISMISSED** with prejudice.

The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 25 day of July 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE