UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY HEGGEM,<br><br>              Plaintiff,<br><br>       v.<br><br>SNOHOMISH COUNTY CORRECTIONS, et al.,<br><br>              Defendants. | CASE NO. C11-1333RSM<br><br>ORDER ON PENDING MOTIONS |

      Plaintiff Larry Heggem, originally appearing *pro se*, filed this prisoner civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. # 5. After summary judgment was denied as to two defendants, the Court appointed counsel to represent plaintiff in preparation for trial. Dkt. # 250. The matter is now scheduled for trial on November 12, 2013. Dkt. # 257.

      On July 23, 2013, plaintiff filed a motion for appointment of new counsel. Dkt. # 272. On July 31, 2013, he withdrew the motion, but then renewed in on August 13, 2013. Dkt. ## 277, 285. In the meantime, plaintiff's appointed counsel has moved for relief from the appointment. Dkt. # 274. Plaintiff subsequently filed additional motions asking the Court to order a settlement conference and an evidentiary hearing, and a motion to compel production of documents. Dkt. ## 279, 288, 291. Having considered these motions, the Court now finds and rules as follows:

ORDER ON PENDING MOTIONS - 1

(1) <u>Motion by Counsel to Withdraw</u> (Dkt. # 274)

It appears that counsel filed her motion for leave to withdraw in response to plaintiff's expression of dissatisfaction in his earlier motion for appointment of new counsel. However, since plaintiff is not entitled to representation by counsel of his choice, the Court will likely not exercise its discretion to appoint new counsel if current counsel is allowed to withdraw. Before granting that request, the Court needs more information as to the circumstances which necessitated the bringing of the motion. Accordingly, counsel is directed to file, either under seal or *in camera*, a separate statement of reasons supporting her request. The Clerk shall RE-NOTE the motion to withdraw (Dkt. # 274) on the Court's calendar for September 13, 2013. Counsel's response shall be due on or before that date.

(2) <u>Plaintiff's Pro Se Motions</u> (Dkt. ## 279, 288)

A party represented by an attorney of record in a case cannot appear or act on his own behalf in that case until after he has requested by motion to proceed *pro se,* and the motion is granted by an order of substitution, terminating the party's attorney as counsel. Local Rule LCR 83.2(b)(4). Plaintiff's *pro se* motions and other notices were filed in violation of this rule. The Clerk is accordingly directed to STRIKE the three motions (Dkt. ## 279, 288, 291) from the motion calendar. Plaintiff's reinstated motion to appoint new counsel (Dkt. # 285) shall remain on the motion calendar and shall be deemed the motion required under LCR 83.2(b)(4). **Plaintiff shall submit no further motions or notices until the Court has ruled on counsel's pending motion for withdrawal and plaintiff's own motion for new counsel.**

DATED this 30 day of August 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON PENDING MOTIONS - 2