1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   LARRY HEGGEM,                                    Case No. C11-1333 RSM

10                    Plaintiff,                     ORDER DENYING
                                                     MOTION TO WITHDRAW
11          vs.

12   SNOHOMISH COUNTY CORRECTIONS,
     et al.,
13
                      Defendants.
14

15          This matter came before the Court upon the motion of Molly Daily, counsel for Plaintiff

16   Larry Heggem, to withdraw from representation in this action. Dkt. # 274. The Court has

17   reviewed the motion as well as counsel's declaration, filed *in camera*. The Court has also

18   reviewed Mr. Heggem's several motions for assignment of new counsel (Dkt. ## 272, 285) and

19

20   concomitant retractions of these motions, including his recent request to withdraw his motion to

21   appoint new counsel, filed on September 12, 2013. Dkt. # 294. For the reasons that follow, and

22   with full respect for the gravity of counsel's motivations, the Court hereby DENIES counsel's

23   motion to withdraw without prejudice to renewal.

24          Plaintiff Larry Heggem, originally appearing *pro se*, filed this prisoner civil rights

25   complaint pursuant to 42 U.S.C. § 1983. Dkt. # 5. The Court appointed counsel to represent

26

ORDER DENYING MOTION TO WITHDRAW - 1

1   plaintiff in preparation for trial, after the Court denied summary judgment as to two defendants.

2   Dkt. # 250. This matter is currently scheduled for trial on February 24, 2014. Dkt. # 293.

3   Plaintiff filed a motion for assignment of new counsel on July 23, 2012 (Dkt. # 272), prompting

4   appointed counsel Molly Daily to move for relief from her appointment pursuant to LCR

5   83.2(b)(1) and RPC 1.16. Dkt. # 274. Plaintiff has since requested the Court to withdraw his

6

7   motion for appointment of new counsel (Dkt. ## 277, 294) and hopes to retain Ms. Daily as his

8   counsel as this matter proceeds to trial.

9       The decision to grant or deny counsel's motion to withdraw is ultimately committed to

10  the discretion of the trial court. *See Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081,

11  1087 (7th Cir. 1982); *Huckabee v. Medical Staff at CSATF, et al.*, 2013 WL 3892950, at *2 (E.D.

12  Cal. 2013). The Court does not take lightly the unfortunate and difficult position in which

13  plaintiff has placed his appointed counsel. It is the belief of the Court that counsel's motivations

14  for moving to withdraw are reasonable and weighty, and the Court notes that counsel has filed

15

16  her motion sufficiently in advance of the discovery cut-off date and well in advance of trial,

17  pursuant to LCR 83.2(b)(2). However, the Court also finds that since filing his initial motion for

18  appointment of new counsel, Mr. Heggem has expressed a sincere desire to retain current

19  counsel and has made earnest attempts to repair the attorney-client relationship and correct his

20

21  demeanor toward counsel's efforts on his behalf.

22      In light of Mr. Heggem's apparent desire to cooperate with counsel and with due

23  consideration of the prejudice that Mr. Heggem may face in proceeding in this matter *pro se*, the

24  Court hereby DENIES counsel's motion to withdraw. If hereafter unreasonable difficulties,

25

26

ORDER DENYING MOTION TO WITHDRAW - 2

1    fundamental disagreements, or other grounds manifest that make the attorney-client relationship

2    untenable, counsel may renew her motion to withdraw for reconsideration by the Court.

3

4           DATED this 27th day of September 2013.

5

6

7           RICARDO S. MARTINEZ
            UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING MOTION TO WITHDRAW - 3