# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LARRY HEGGEM,<br><br>    Plaintiff,<br><br>    vs.<br><br>SNOHOMISH COUNTY CORRECTIONS, et al.,<br><br>    Defendants. | Case No. C11-1333 RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS PROCEDURALLY IMPROPER |

This matter comes before the Court on Plaintiff Larry Heggem's Motion for Summary Judgment. Dkt. #536. This Motion is six sentences long:

> Plaintiff hereby moves this court for a motion for summary judgment. Plaintiff incorporates this motion using the contents of his prior motion for summary judgment – see docket 415 of 3-9-15.
>
> The evidence and facts contained in the motion for summary judgment are indisputable. The evidence even proves perjury committed by defendants. They did what I said they did. I hurt more than ever now with arthritis setting in at the injuries of neck, back, knee, hip joints and wrist and shoulder blades.

*Id.*

The Court finds Plaintiff's Motion to be insufficient to meet the requirements of Federal Rule of Civil Procedure 56(a). The Court will not permit Mr. Heggem to simply incorporate a

prior Motion, filed three years previously, which was previously denied on both procedural and substantive grounds. Mr. Heggem does not state the facts pertinent to his Motion, or identifying the claims at issue. Furthermore, Mr. Heggem does not address the Ninth Circuit's ruling remanding this case. *See* Dkt. # 527. Given all of the above, the Court will deny this Motion as procedurally improper.

Having reviewed the relevant briefing, attached declarations, and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiff's Motion for Summary Judgment, Dkt. #536, is DENIED.
2) The Court directs the Clerk to issue a new Scheduling Order in this case setting remaining pretrial deadlines.

DATED this 12 day of December, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE