UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY HEGGEM,<br><br>              Plaintiff,<br><br>    vs.<br><br>SNOHOMISH COUNTY CORRECTIONS, et al.,<br><br>              Defendants. | Case No. C11-1333 RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW COMPLAINT AND FOR VOLUNTARY DISMISSAL |

      This matter comes before the Court on Plaintiff Larry Heggem's Motion to Withdraw Complaint, interpreted by the Court as a Motion for Voluntary Dismissal under Rule 41(a). Dkt. #548. Plaintiff states "[d]ue to recent serious medical issues, I plaintiff Larry Heggem hereby withdraw my complaint against Snohomish County Corrections – defendants Michael Miller, Stuart Nicholas and Matthew Eischelberger." *Id*. The Motion is signed by Plaintiff.

      Defendants do not oppose this Motion and ask that the Court dismiss the case in its entirety. Dkt. #550.

      The Court finds good cause to dismiss all claims in this case under Rule 41(a). Having reviewed the relevant briefing, attached declarations, and the remainder of the record, the Court hereby finds and ORDERS:

      1)     Plaintiff's Motion to Withdraw Complaint (Dkt. #548) is GRANTED.

ORDER GRANTING MOTION TO WITHDRAW COMPLAINT AND FOR
VOLUNTARY DISMISSAL

2) All remaining claims in this case are dismissed.

3) This case is CLOSED.

4) The Clerk is directed to mail a copy of this Order to Plaintiff at 77 S. Washington Street, Seattle, WA 98104 via Certified Mail.

DATED this 22nd day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE